ORDER:
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-2033 |
| ) | Magistrate Judge Knowles |
| CHRISTOPHER JOLLY ) | |

## REDACTION REQUEST

The defendant, Christopher Jolly, through counsel, respectfully requests redaction of certain personal information in the transcript of the Preliminary and Detention Hearing prepared July 10, 2013 (D.E. 11). In support of this motion, Mr. Jolly would show the following:

Administrative Practices and Procedures for Electronic Case Filing (ECF)" adopted by this Court in Administrative Order No. 167 at § 5.07 requires that certain personal information be redacted from documents that may be filed. In this case, the following information should be redacted from the transcript at the time of filing:

Page 34, Line 2: **"2606"**

Respectfully submitted,

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2013, I electronically filed the foregoing Redaction Request with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ C. Douglas Thoresen
C. DOUGLAS THORESEN